IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERTA LAJEAN THOMPSON,

    Plaintiff,

v.

NANCY A. BERRYHILL,[1]
Acting Commissioner of Social Security,

    Defendant.

CIVIL ACTION
NO. 15-3506

## ORDER

**AND NOW**, this 12th day of July, 2017, upon consideration of the Report and Recommendation of United States Magistrate Judge David. R. Strawbridge (Doc. No. 18), Plaintiff's Objections (Doc. No. 19), and the Commissioner's Response (Doc. No. 20), and upon an independent and thorough review of the administrate record in this case, it is **ORDERED** that:

1. Magistrate Judge Strawbridge's Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED**;

3. Judgment is entered in favor of **DEFENDANT NANCY A. BERRYHILL** and against Plaintiff Roberta Lajean Thompson; and

---

[1] Nancy A. Berryhill is the acting Commissioner of the Social Security Administration. Pursuant to Rule 24(d) of the Federal Rules of Civil Procedure, Ms. Berryhill replaces Carolyn W. Colvin as Defendant in this case and no further action is needed to meet the requirement of the final sentence of 42 U.S.C. § 405(g) which states:

> Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.

4. The Clerk of the Court shall **CLOSE** this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.